IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH GREGORY,<br>    Plaintiff,<br><br>  v.<br><br>TERRANCE DAWDY, et al,<br>    Defendants. | C.A. No. 24-12 Erie<br><br>District Judge Susan Paradise Baxter<br>Magistrate Judge Christopher B. Brown |

### MEMORANDUM ORDER

Plaintiff Joseph Gregory, an individual incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"), initiated this *pro se* civil rights action on January 16, 2024, by filing a motion to proceed *in forma pauperis* ("ifp motion") accompanied by a complaint. [ECF No. 1]. The matter was originally referred to Chief United States Magistrate Judge Richard A. Lanzillo, and was subsequently reassigned to United States Magistrate Judge Christopher B. Brown for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff later filed an amended complaint on February 24, 2025, which is the operative pleading in this case. [ECF No. 54]. Named as Defendants are four Erie City police officers: Terrance M. Dowdy, Lucas S. Dehart, Dustin M. Landfried, and Arthur E. Rhoades, Jr. Liberally construed, the amended complaint asserts three causes of action: (1) an excessive use of force claim under the fourth amendment to the United States Constitution; (2) a claim of deliberate indifference to serious medical needs under either the Fourth or Fourteenth Amendments; and (3) a medical negligence claim under Pennsylvania law.

On March 10, 2025, Defendants filed a motion to dismiss Plaintiff's second amended complaint or alternative motion for summary judgment [ECF No. 55]; however, by Order dated May 5, 2025, Magistrate Judge Brown denied, *inter alia*, Defendants' request to convert their motion to dismiss into a motion for summary judgment, and declined to exercise his discretion to convert the motion on his own accord. [ECF No. 63]. Thus, Plaintiff was simply ordered to file a response to Defendants' motion to dismiss. (Id.). Plaintiff's response was thereafter filed on June 9, 2025 [ECF No. 65].

On November 4, 2025, Judge Brown issued a Report and Recommendation ("R&R") recommending that Defendants' motion be granted with regard to Plaintiff's negligence claim and that such claim be dismissed with prejudice, and that the motion be denied in all other respects. [ECF No. 68]. Defendants have since filed timely objections to the R&R, which are largely centered on the Magistrate Judge's decision to deny Defendants' request to convert their motion into one for summary judgment [ECF No. 69]; however, this decision is not appropriate grounds for objection to the R&R, as it calls into question the Magistrate Judge's earlier Order dated May 5, 2025, which is not now subject to review. All of Defendants' other objections flow from this earlier denial of their conversion request; i.e., the Magistrate Judge's refusal to consider body camera and dash camera video;[1] his purported error to deem admitted the facts set forth in Defendants' concise statement of material facts due to Plaintiffs' failure to file a response to the same (which was not required by the terms of the May 5, 2025 Order); his failure to consider whether Plaintiff suffered from a serious medical need (based on the facts set forth in Defendants' concise statement of material facts) ; and his failure to dismiss Plaintiff's claim for

---

[1] Notably, the cases cited by Defendants in support of their objection in this regard were all decided either at the summary judgment stage or in cases where a motion to dismiss was converted into one for summary judgment, and are, thus, inapposite.

punitive damages. Thus, Defendants' objections are without merit.

After *de novo* review of the complaint and documents in the case, together with the report and recommendation and the objections thereto, the following order is entered:

AND NOW, this 5th day of February, 2026;

IT IS HEREBY ORDERED that Defendants' motion to dismiss [ECF No. 55] is GRANTED with regard to Plaintiff's negligence claim and such claim is DISMISSED with prejudice, and the motion is DENIED in all other respects.

The report and recommendation of Magistrate Judge Brown, issued November 4, 2025 [ECF No. 68], is adopted as the opinion of the Court.

                                                                                       SUSAN PARADISE BAXTER
                                                                                       United States District Judge

cc:       The Honorable Christopher B. Brown
           United States Magistrate Judge